**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Melanie T. Partow, Esq. (Bar No 254843)
mpartow@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVIEVE HUIZAR, individually and as successor in interest to Manuel Diaz;<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ANAHEIM, a California municipal entity; OFFICER NICK BENNALLACK; and Does 2-10, inclusive,<br><br>Defendants. | **Case No. SACV12-01897-JVS (RNBx)**<br><br>[*Honorable James V. Selna*]<br><br>**PLAINTIFF'S [PROPOSED] SPECIAL VERDICT FORM**<br><br>Trial:   February 25, 2014<br>Time:   9:00 am<br>Crtm:   10C |

**TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:**

**PLEASE TAKE NOTICE THAT** Plaintiff hereby submits her [Proposed] Special Verdict Form for her unreasonable detention and excessive force claims. Plaintiff reserves the right to amend this proposed special verdict form.

Respectfully submitted,

DATED: March 3, 2014          LAW OFFICES OF DALE K. GALIPO

                              By          s/ Melanie T. Partow
                                 DALE K. GALIPO
                                 MELANIE T. PARTOW
                                 Attorneys for Plaintiffs

# SPECIAL VERDICT

We, the jury, find as follows:

## QUESTION 1:

Was Manuel Diaz unreasonably detained by Officer Bennallack?

_____ YES        _____ NO

*Please proceed to Question 2.*

## QUESTION 2:

Did Officer Bennallack use excessive or unreasonable force against Manuel Diaz?

_____ YES        _____ NO

*If you answered "Yes" to Question 2, please proceed to Question 3. If you answered "No" to Question 2, but "Yes" to Question 1, please proceed to Question 4. If you answered "No" to both Questions 1 and 2, please sign and date the verdict form and return it to the Court.*

## QUESTION 3:

Was the use of excessive or unreasonable force a cause of death?

_____ YES        _____ NO

*Please proceed to Question 4.*

**QUESTION 4:**

What are Manuel Diaz' damages for his pain and suffering?

    Manuel Diaz: $ _____

*Please proceed to Question 5.*

**QUESTION 5:**

What are Genevieve Huizar's damages for past and future loss of the decedent's love, companionship, comfort, care, assistance, protection, affection, society, and moral support?

    Past:  $ _____

    Future: $ _____

    Total:  $ _____

*Please sign and date the verdict form and return it to the Court.*

Date: _____    _____
                     Jury Foreperson