FILED
CLERK, U.S. DISTRICT COURT
October 27, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: Karla Tunis DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MANUEL DIAZ, | CASE NO: SACV 12-1897 JVS (RNBx) |
| Plaintiff, | |
| v. | |
| CITY OF ANAHEIM, *et al.*, | (FINAL FORM) |
| Defendants. | SPECIAL VERDICT |

DATED: October 27, 2017

_____

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

F                                                              1

# SPECIAL VERDICT

We, the jury, find as follows:

**QUESTION 1:**

Did Officer Bennallack use excessive or unreasonable force against Manuel Diaz?

_____ YES          _____ NO

Date: _____          _____
                                                            Jury Foreperson

F                                      2