JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Estate of Manuel Diaz, et al., | ) | SACV 12-01897 JVS (RNBx) |
|---|---|---|
| Plaintiff, | ) | ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |
| v. | ) | |
| City of Anaheim, et al., | ) | |
| Defendant(s). | ) | |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: December 19, 2017

                                                    James V. Selna
                                        United States District Judge